*E-FILED - 2/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TVIA INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 06-CV-06304-RMW<br><br>CLASS ACTION<br><br>[] ORDER APPROVING PLAN OF ALLOCATION |

**ORDER**

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Lead Plaintiff's Counsel, The Rosen Law Firm, P.A., appointed by the Court as Class Counsel for the purposes of the Settlement have petitioned the Court for approval of the Plan of Allocation of the net settlement proceeds in the above-captioned action; and

WHEREAS, the Court has reviewed the application and supporting materials filed therewith, and has heard the presentation made by Class Counsel during the final approval hearing, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. For the purposes of this Order, the terms herein shall have the same meanings as set forth in the Stipulation of Settlement dated October 3, 2007 on file with the Court (the "Stipulation).

2. Pursuant to, an in full compliance with, Rule 23 of the Federal Rules of Civil Procedure and the PSLRA, this Court hereby finds and concluded that due and adequate notice was directed to all Persons and entities who are Members of the Class advising them of the Settlement, the Plan of Allocation, and other aspects of the Settlement, including their right to object thereto, and a full and fair opportunity was accorded to all Persons who are Members of the Class to be heard with respect to any respect to the Settlement.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants, which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Members of the Class, provides a fair and reasonable basis upon which to allocate the proceeds of the settlement fund established by the Stipulation among Class Members, with due consideration having been given to administrative convenience and necessity.

4. The Court hereby finds and concluded that the Plan of Allocation set forth in the Notice is in all respects fair reasonable and the Court hereby approves the Plan of Allocation.

Dated 2/4/08

SO ORDERED:

*Ronald M. Whyte*
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE